# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HERMAN TOWNSEND, Inmate #K53674,**  )
)
       **Plaintiff,**  )
)
**vs.**  )  **CIVIL NO. 06-361-JLF**
)
**DIRECTOR WALKER, *et al.*,**  )
)
       **Defendants.**  )

## MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

The Court denied Plaintiff's motion for leave to proceed *in forma pauperis*, finding that he has accumulated three strikes. *See* 28 U.S.C. § 1915(g). The Court also directed Plaintiff to pay the $350 filing fee for this action within 15 days, warning him that this action would be dismissed with prejudice if he failed to pay the filing fee within the allotted time. Rather than pay the filing fee, Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (Doc. 8), and voluntary withdrawal of his complaint is Plaintiff's right. However, because he failed to pay the filing fee as ordered, this action is **DISMISSED *WITH* PREJUDICE**, and he remains liable for the full $350 filing fee. Failure to pay this filing fee may result in future sanctions, including but not limited to a ban on future filings until all outstanding fees are paid. *See Support Systems Int'l Inc. v. Mack*, 45 F.3d 185, 186-87 (7th Cir. 1995) (per curiam).

**IT IS SO ORDERED.**
**DATED:  July 10, 2006.**



                  *s/ James L. Foreman*
                  **DISTRICT JUDGE**