IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HERMAN TOWNSEND, Inmate #K53674, )
)
      **Plaintiff,** )
)
vs. )   CIVIL NO. 06-361-JLF
)
DIRECTOR WALKER, *et al.*, )
)
      **Defendants.** )

## MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

This action is before the Court to rule on Plaintiff's motion to vacate judgment, filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. 11). Such a motion may only be granted if movant shows there was mistake of law or fact or presents newly discovered evidence that could not have been discovered previously. *Matter of Prince*, 85 F.3d 314 (7th Cir. 1996), *reh'g and suggestion for reh'g en banc denied, cert. denied* 117 S.Ct. 608; *Deutsch v. Burlington Northern R. Co.*, 983 F.2d 741 (7th Cir. 1993).

Upon review of the record, the Court remains persuaded it was correct in finding that Plaintiff had three strikes, and also in dismissing the case *with prejudice* for Plaintiff's failure to pay the full filing fee as directed, notwithstanding the fact that he had sought to voluntarily dismiss the case. Therefore, the instant motion is **DENIED**.

      **IT IS SO ORDERED.**
      **DATED: July 25, 2006.**



                                          *s/ James L. Foreman*
                                            **DISTRICT JUDGE**