**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **HERMAN TOWNSEND, Inmate #K53674,** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**DIRECTOR WALKER,** *et al.*, )<br>)<br>**Defendants.** ) | **CIVIL NO. 06-361-JLF**<br><br>**APPEAL NO. 06-3302** |

**MEMORANDUM AND ORDER**

**FOREMAN, District Judge:**

Before the Court is Plaintiff's motion to correct clerical error (Doc. 25).  In this motion, he states that when he received notice that this Court had denied his motion for leave to proceed *in forma pauperis* on appeal, he was not provided with a copy of the correct court order.  Instead, he received a copy of an order that was entered in another case to which he is not a party.  As relief, he seeks a copy of the correct order entered on October 27, 2006 (Doc. 23).

The instant motion is **GRANTED**.  The Clerk is **DIRECTED** to send to Plaintiff a copy of this Court's order entered on October 27, 2006 (Doc. 23), which denied his motion for leave to proceed *in forma pauperis* on appeal.

**IT IS SO ORDERED.**
**DATED: November 20, 2006.**



*s/ James L. Foreman*
**DISTRICT JUDGE**